

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2018

No. 04-17-00628-CV

**IN RE** Andrew W. **MCADOO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice (dissent to follow)
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

On September 28, 2017, relator filed a petition for writ of mandamus and a motion for temporary relief. The real parties filed a response, to which relator later replied. After considering the petition, response, and reply, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 10, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CVT-002862-D3, styled *KLH and OJH, Individually and as Next Friend of JPH v. Dr. Andrew McAdoo,* pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.